Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA HANSEN, | Case No.  09-CV-02477-FCD-GGH |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff and Defendant, NCO Financial Systems, Inc., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 30  days.  The parties jointly request  that

///

///

///

///

all pending dates and filing requirements be vacated and that the Court set a deadline on or after November 9, 2009, for filing dispositional documents.

| | |
|---|---|
| Dated: 10/9/09 | KROHN & MOSS, LTD. |
| | /s/G. Thomas Martin, III |
| | G. Thomas Martin, III |
| | Attorney for Plaintiff |
| | Debra Hansen |
| Dated: 10/9/09 | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P. |
| | /s/ Debbie P. Kirkpatrick |
| | Debbie P. Kirkpatrick |
| | Attorney for Defendant |
| | NCO Financial Systems, Inc. |