UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**DEBRA HANSEN**,

        Plaintiff(s),

   v.

**NCO FINANCIAL SYSTEMS, INC.**,

        Defendant(s).

_____/

NO.  2:09-CV-2477 FCD GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representation of **(plaintiff) or (the parties)**, in the above action, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 6, 2009.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated:     October 9, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE